Prob12B
(NCW Rev. 2/04)

FILED
CHARLOTTE, N.C.

2005 MAY 25 PM 2: 11

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
Probation Form 49, Waiver of Hearing is Attached**

Name of Offender: Nicole A. Frierson          Case Number: 3:00CR73-02-T

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg
                                     U.S. District Judge

Date of Original Sentence: 7-24-03     Register Number:     PACTS Number: 8713

Original Offense: 18:513(e) and 2 - Uttering counterfeit securities and aiding and abetting others

Original Sentence: 2 Years Probation. Special Conditions: $100 assessment (paid); $1794.10 court appointed counsel fees (bal. $1794.10 ); and $19,070.21 restitution (bal. $18,130.21).

Type of Supervision: Probation          Date Supervision Commenced: 7-24-03

## PETITIONING THE COURT

[ ]     To extend the term of supervision for  years, for a total of years.
[X]     To modify the conditions of supervision as follows:

The defendant's supervision will be allowed to expire with the outstanding financial obligation to be collected by civil means through the U.S. Attorney's Office.

## CAUSE

Offender has been supervised in the Southern District of NY and has been unable to pay her court indebtedness in full prior to her expiration date. She has submitted a financial statement which is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by  *Terri B. Hedrick*
Terri B. Hedrick
U.S. Probation Officer
(704) 350-7644
Date: 5-9-05

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

5-18-05
Date

_____
Signature of Judicial Officer